Michael A. Galpern, NJ Bar No.: 38907
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400
Attorneys for Plaintiff, Mary Ann Klaus, individually and on behalf of William Klaus, deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ~~Case No. C-05-4600-CRB~~<br><br>**MDL No.: 1699**<br>**District Judge: Charles R. Breyer** |
| MARY ANN KLAUS, individually and on behalf of WILLIAM KLAUS, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, et al.,<br><br>Defendants. | **Docket No.: 06-6051-CRB**<br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, MARY ANN KLAUS, individually and on behalf of WILLIAM KLAUS, deceased and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1

DATED: Oct. 30, 2009          LOCKS LAW FIRM, LLC

By: _____

Michael A. Galpern
Attorney for Plaintiffs, Mary Ann Klaus, individually and on behalf of William Klaus, deceased

DATED: December 7, 2009        DLA PIPER LLP (US)

By: _____

Michelle W. Sadowsky
Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: **DEC 1 1 2009**          _____

Honorable Charles R. Breyer
United States District Court

2